Dismissed and Memorandum Opinion filed September 24, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00739-CV

____________

 

ROGER EDEN “SKIP” BRADLEY and 

BRADLEY MACHINERY AND VALUATION, LLC, a Texas LLC, Appellants

 

V.

 

RON EVERLING and 

ADVANCED CRANE & HOIST SERVICES, INC., Appellees

 



On Appeal from the
189th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-77239



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed May 26, 2009.  On September
10, 2009, the parties filed a joint motion to dismiss the appeal because all
issues have been settled.  See Tex.
R. App. P. 42.1.  The motion is granted.








Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.